UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO.: 24-cv-23693-ALTMAN/LETT

D.D. and A.S.,

    Plaintiffs,

vs.

CARNIVAL CORPORATION and
ARAWAK ADVENTURE AND
COMMERCIAL TOURS,

    Defendant.
_____/

## NOTICE OF COMPLIANCE

The undersigned Gerson & Schwartz, P.A., pursuant to this Court's Order [ECF 83] hereby report that they have provided Plaintiffs, D.D. and A.S., a letter dated November 26, 2025 explaining the circumstances necessitating the entry of [ECF 83] with a copy of [ECF 83] as required by Paragraph 6 of the Order.

Case 1:24-cv-23693-RKA Document 84 Entered on FLSD Docket 11/26/2025 Page 2 of 3
*D.D. and A.V. v. Carnival Corporation and*
*Arawak Adventure and Commercial Tours*
Case No. 24-cv-23693

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically on all attorneys of record on the attached Service List through the CM/ECF system of the Court on November 26, 2025.

          **GERSON & SCHWARTZ, P.A.**
          1980 Coral Way
          Miami, Florida 33145
          Telephone:(305) 371-6000
          Facsimile:(305) 371-5749
          ***By: /s/* PHILIP M. GERSON**
          PHILIP M. GERSON
          Florida Bar No. 127290
          pgerson@gslawusa.com
          EDWARD S. SCHWARTZ
          Florida Bar No. 346721
          eschwartz@gslawusa.com
          NICHOLAS I. GERSON
          Florida Bar No. 20899
          ngerson@gslawusa.com
          NICHOLAS M. PLYMALE
          Florida Bar No. 1057884
          nplymale@gslawusa.com

**SERVICE LIST**
**CASE NO.: 24-cv-23693-ALTMAN/LETT**

| | |
|---|---|
| **Philip M. Gerson, Esq.**<br>Florida Bar No. 127290<br>pgerson@gslawusa.com<br>filing@gslawusa.com<br>**Nicholas I. Gerson, Esq.**<br>Florida Bar No. 20899<br>ngerson@gslawusa.com<br>**Edward S. Schwartz, Esq.**<br>Florida Bar No. 346721<br>eschwartz@gslawusa.com<br>**David L. Markel, Esq.**<br>Florida Bar No. 78306<br>dmarkel@gslawusa.com<br>**Nicholas M. Plymale, Esq.**<br>Florida Bar No. 1057884<br>nplymale@gslawusa.com<br>**GERSON & SCHWARTZ, P.A.**<br>1980 Coral Way<br>Miami, Florida 33145<br>Telephone:(305) 371-6000<br>Facsimile:(305) 371-5749<br>*Attorneys for Plaintiff* | **Curtis Jay Mase, Esq.**<br>Florida Bar No. 478083<br>cmase@maselaw.com<br>filing@maselaw.com<br>pmoghari@maselaw.com<br>swright@maselaw.com<br>**William R. Seitz, Esq.**<br>Florida Bar No. 73928<br>wseitz@maselaw.com<br>**Ann Turner Light, Esq.**<br>Florida Bar No. 1058512<br>atlight@maselaw.com<br>**Charlotte A. Robinson, Esq.**<br>Florida Bar No. 1039863<br>crobinson@maselaw.com<br>**Lauren Nicole Cabeza, Esq.**<br>Florida Bar No. 1025668<br>lcabeza@maselaw.com<br>lcruz@maselaw.com<br>**Tyler Joseph Rauh, Esq.**<br>Florida Bar No. 1023404<br>trauh@maselaw.com<br>**MASE SEITZ BRIGGS, P.A.**<br>*Attorneys for Defendant*<br>2601 South Bayshore Drive, Suite 800<br>Miami, Florida 33133<br>Telephone: (305) 377-3770<br>Facsimile: (305) 377-0080<br>*Attorneys for the Defendant* |