UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-23693-ALTMAN/Lett

**D.D.**, *et al.*,

    *Plaintiffs*,

v.

**CARNIVAL CORPORATION**, *et al.*,

    *Defendants*.

_____/

### ORDER AFTER STATUS CONFERENCE

As discussed at the January 22, 2026, status conference, *see* Paperless Minutes Entry [ECF No. 92], we hereby **ORDER and ADJUDGE** as follows:

1. We **VACATE** our Order Granting the Motion to Dismiss by Default [ECF No. 85].

2. We **AFFIRM** Magistrate Judge Lett's Order Granting Sanctions [ECF No. 83].

3. We **ORDER** the Plaintiffs' counsel—Gerson & Schwartz, P.A.—to **PAY** the Plaintiffs' lawyers fees and costs for any time they spent briefing or preparing any response or supplement response to the Defendants' Motion to Dismiss [ECF No. 64], including the time they spent at hearings

4. The Plaintiffs must file their amended Response to the Defendants' Motion to Dismiss by **January 22, 2026**.

5. The parties must jointly submit a scheduling report by **January 29, 2026**.

6. After further considering the Defendants' request—raised at the status conference—we'll agree to continue the **STAY** in this case pending our resolution of the Defendants' motion to dismiss. This case shall therefore remain **STAYED** and **CLOSED**.

**DONE AND ORDERED** in the Southern District of Florida on January 23, 2026.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record